AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Kristen Oliver Cunningham<br><br>_____<br>*Defendant* | ) Case: 1:24-mj-00280<br>) Assigned to: Judge Upadhyaya, Moxila A.<br>) Assign Date: 9/4/2024<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kristen Oliver Cunningham                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☒ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) Parading, Picketing, and Demonstrating in a Capitol Building.

Date:  09/04/2024                              _____
                                                 *Issuing officer's signature*

City and state:        Washington, D.C.                Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  9/4/24  , and the person was arrested on *(date)*  9/6/24<br>at *(city and state)*  ARCATA, CALIFORNIA  .<br><br>Date:  9/12/24                    _____<br>                                      *Arresting officer's signature*<br><br>                                      CHELSEA GUTIERREZ, SPECIAL AGENT<br>                                      *Printed name and title* |